UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Gordon III, | Case No.  2:26-cv-02044-PHX-SMB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| Edy's Quick Stop, Inc., an Arizona corporation; and Edward Khoury and Sandra Khoury, husband and wife, | |
| Defendant. | (Assigned to the Honorable Susan M. Brnovich) |

The Court, having reviewed the Parties' Stipulation to Extend Defendants' Deadline to Answer or Otherwise Respond to Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Defendants Edy's Quick Stop, Inc., Edward Khoury, and Sandra Khoury shall have to and including June 15, 2026 to answer or otherwise respond to the Complaint.

_____
Hon. Susan M. Brnovich
United States District Judge

SILENCE LAW GROUP