**Silence Law Group, PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Gideon Esakoff** (037490)
Direct Dial: (602) 932-8560
Email: gideon@silencelaw.com

*Attorneys for Defendants Edy's Quick Stop, Inc., Edward Khoury, and Sandra Khoury*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred Gordon III,<br><br>Plaintiff,<br><br>v.<br><br>Edy's Quick Stop, Inc., an Arizona corporation; and Edward Khoury and Sandra Khoury, husband and wife,<br><br>Defendant. | Case No. 2:26-cv-02044-PHX-SMB<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**[FOURTH REQUEST]**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Plaintiff Alfred Gordon III and Defendants Edy's Quick Stop, Inc., Edward Khoury, and Sandra Khoury (collectively, the "Parties") jointly request that the Court extend Defendants' deadline to answer or otherwise respond to the Complaint (ECF No. 1) to and including September 16, 2026, and state in support:

1. Plaintiff filed the Complaint on March 24, 2026.

2. The parties agreed to request an extension of time for Defendants to file their response to allow Defendants' counsel time to review the matter on two prior occasions to permit the parties to continue ongoing settlement discussions. The Court granted the parties' requests. *See* Doc. 16, 19, 21.

3. The parties continue to engage in settlement discussions. The parties therefore request an extension of a further 30 days for Defendant to respond to the Complaint.

4. The requested extension will allow the parties time to continue the ongoing settlement discussions and attempt to resolve this matter.

5. The requested extension will not affect any other deadline in this matter and is sought in good faith and not for purposes of delay.

6. Good cause exists to grant the requested extension under Federal Rule of Civil Procedure 6(b)(1)(A).

For the reasons above, the Parties request that the Court enter the proposed order lodged herewith, extending Defendants' deadline to answer or otherwise respond to the Complaint to and including September 16, 2026. A proposed order accompanies this filing.

DATED this 17th day of August, 2026.

**Silence Law Group, PLLC**

*/s/ Gideon Esakoff*
Jeffrey Silence
Gideon Esakoff

*Attorneys for Defendants Edy's Quick Stop, Inc., Edward Khoury, and Sandra Khoury*

**BENDAU & BENDAU PLLC**

*/s/ Clifford P. Bendau, II (with permission)*
Clifford P. Bendau, II
Christopher J. Bendau

*Attorneys for Plaintiff*